JAMES P. WILLETT, District Attorney
 of the County of San Joaquin
DAVID J. IREY, SBN 142864
 Supervising Deputy District Attorney
CELESTE KAISCH, SBN 234174
 Deputy District Attorney
 Environmental Prosecutions Unit
222 E. Weber Ave., Room 202
P.O. Box 990
Stockton, California  95201
Telephone: (209)  468-2400
Facsimile:  (209)  468-0314

Attorneys for the Plaintiff People of the State of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>              Plaintiff,<br><br>       v.<br><br>PAPE' MACHINERY, INC., an Oregon Corporation;<br><br>              Defendant. | No.  2:07-cv-01367-MCE-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, subject to approval and entry by this Court:

1.   Plaintiff, the PEOPLE OF THE STATE OF CALIFORNIA, in consideration of supplemental evidence presented by the Defendant, PAPE' MACHINERY, INC., an Oregon Corporation, and in the interests of justice, requests that the entire action, originally filed in the Superior Court of California, County of San Joaquin, of all parties and all causes of action be dismissed without prejudice.

///

///

///

2.      Defendant, PAPE' MACHINERY, INC., an Oregon Corporation, does not oppose the PEOPLE's request and hereby joins in the instant request for the Court to dismiss without prejudice.

RESPECTFULLY REQUESTED:

Dated:  August 15, 2007                    JAMES P. WILLETT, District Attorney
                                            of the County of San Joaquin

                                           /s/ Celeste Kaisch (as authorized on 08/15/07)
                                           _____
                                           CELESTE KAISCH
                                           Deputy District Attorney
                                           Attorneys for Plaintiff,
                                           PEOPLE OF THE STATE OF CALIFORNIA

Dated:  August 14, 2007                    KNOX, LEMMON & ANAPOLSKY, LLP

                                           /s/ Angela Schrimp de la Vergne
                                           _____
                                           ANGELA SCHRIMP de la VERGNE
                                           Attorneys for PAPE' MACHINERY, INC.

**Pursuant to stipulation, IT IS SO ORDERED:**

Dated:  August 17, 2007

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL**